**Hassan Bye JAGNE, Petitioner,**

v.

**U.S. ATTORNEY GENERAL, Respondent.**

No. 09–12384
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

April 13, 2010.

Nishan C. Mahendran, Law Offices of Nishan C. Mahendran, P.A., Pembroke PNES, FL, for Petitioner.

Steven Day, Washington, DC, for Respondent.

Before WILSON, PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

Hassan Bye Jagne petitions this Court for review of the decision of the Board of Immigration Appeals that affirmed the denial of his motion to reopen his removal proceedings. 8 U.S.C. § 1229a(c)(7). Jagne concedes that his motion is untimely, but Jagne argues that he is entitled to relief based on his marriage to a citizen of the United States. Jagne's change in personal circumstances does not fall within an exception to the 90–day deadline. *See id.* § 1229a(c)(7)(C). The Board did not abuse its discretion by dismissing Jagne's appeal. *See Jiang v. U.S. Att'y Gen.,* 568

F.3d 1252, 1256 (11th Cir.2009). We deny Jagne's petition.

**PETITION DENIED.**